District Judge Pechman<br>Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK GATHIGI KARANJA (Agency# A88-736-495),<br><br>       Petitioner,<br>   v.<br>A. NEIL CLARK,<br><br>       Respondent. | No. C10-1874-MJP-MAT<br><br>[proposed] ORDER GRANTING RESPONDENT'S MOTION TO SUPPLEMENT RETURN AND MOTION TO DISMISS<br><br>(Noted for Consideration on February 18, 2011, pursuant to Local Rule 7(d)(3)) |

THIS MATTER, having come before the Court upon Respondent's Motion to Supplement Return and Motion to Dismiss; Respondent being represented by his counsel, Jenny A. Durkan, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney; Petitioner appearing *pro se*, the Court having reviewed the pleadings; it is hereby

ORDER GRANTING RESPONDENT'S MOTION TO SUPPLEMENT
RETURN AND MOTION TO DISMISS – 1
(C10-1874-MJP-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  ORDERED that Respondent's Motion to Supplement Return and Motion to Dismiss is
2 GRANTED. The Court will consider the supplemental information set forth in the Motion to
3 Supplement Return and Motion to Dismiss in ruling upon Respondent's Return and Motion to
4 Dismiss (Dkt. #12).

6  DATED this 10th day of February, 2011.

    Mary Alice Theiler
    United States Magistrate Judge

12 Presented by:

14 s/Kristin B. Johnson
   Kristin B. Johnson, WSBA #28189
   Assistant United States Attorney

ORDER GRANTING RESPONDENT'S MOTION TO SUPPLEMENT
RETURN AND MOTION TO DISMISS – 2
(C10-1874-MJP-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970