01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 PATRICK G. KARANJA, )
)
09     Petitioner, ) CASE NO. C10-1874-MJP
)
10     v. )
) REPORT AND RECOMMENDATION
11 A. NEIL CLARK, Field Office Director, U.S. )
Immigration and Customs Enforcement, )
12 )
    Respondent. )
13 _____ )

14     On December 1, 2010, petitioner, proceeding pro se, filed a Petition for Writ of Habeas

15 Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the United States

16 Immigration and Customs Enforcement ("ICE").  (Dkt. 6.)  As relief, petitioner requested that

17 the Court order his release from immigration custody, or, in the alternative, order the agency to

18 hold a bond hearing before an Immigration Judge.  *Id*. at 2.  Respondent subsequently filed a

19 Return and Motion to Dismiss (Dkt. 12), and petitioner filed a response (Dkt. 15).  On

20 February 3, 2011, however, respondent filed a Motion to Supplement Return and Motion to

21 Dismiss along with documentation, which indicates that petitioner was released from

22 immigration custody pursuant to an order of supervision on January 28, 2011.  (Dkt. 16, Ex.

REPORT AND RECOMMENDATION
PAGE -1

A.)   Respondent contends that because petitioner has now been given the relief requested in his habeas petition, this matter has become moot and may be dismissed.  *Id*.

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation."  *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002).  "When a controversy no longer exists, the case is moot."  *Id*.  Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition is moot and should be dismissed without prejudice and without award of costs to either party.  *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992)(holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe).   A proposed Order accompanies this Report and Recommendation.

DATED this <u>10th</u> day of February, 2011.

Mary Alice Theiler
United States Magistrate Judge