FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAR 14 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK G. KARANJA,

    Petitioner,

v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

    Respondent.

CASE NO. C10-1874-MJP

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. This action is DISMISSED without prejudice and without award of costs to either party;

3. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 12 day of March, 2011.

MARSHA J. PECHMAN
United States District Judge

10-CV-01874-ORD

ORDER OF DISMISSAL
PAGE -1